UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 11-01677 DMG (PLAx) | Date | March 3, 2011 |
|---|---|---|---|

| Title | *Western Highland Mortgage Fund I v. Lawrence Fried, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On December 9, 2010, Plaintiff Western Highland Mortgage Fund I ("Western Highland") filed a complaint in Los Angeles County Superior Court against Defendant Lawrence Fried and Doe defendants 1 through 10 for unlawful detainer. Western Highland seeks possession of real property and restitution for Defendant's use and occupancy of the property in the amount of $100 per day starting on December 7, 2010. (Compl. at 2-3.) Western Highland demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on February 25, 2011, on the basis of federal question jurisdiction. The complaint, however, raises no federal question. Although Defendant invokes federal law as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). In addition, the amount in controversy appears well below the jurisdictional threshold for jurisdiction based on diversity of citizenship.

Moreover, it appears that Defendant's notice of removal is untimely. A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). Plaintiff filed a motion to quash service on January 10, 2011, which the state court denied on the same day. (*See* Notice of Removal, Attachment.) Defendant did not file the notice of removal, however, until more than 30 days after appearing in state court.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court. Defendant shall file his response by **March 16, 2011**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|